# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5338**                **September Term, 2025**

1:25-cv-02369-SLS

**Filed On: February 5, 2026** [2157899]

Aye Aye Thein, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as the President of the United States and Marco Rubio, in his official capacity as U.S. Secretary of State,

      Appellants

------------------------------

Consolidated with 25-5357

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for February 19, 2026, at 9:30 A.M.:

      Plaintiffs-Appellants    -    10 Minutes

      Defendants-Appellees    -    10 Minutes

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Pillard and Katsas, and Senior Circuit Judge Ginsburg.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 9, 2026.

### Per Curiam

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                  BY:    /s/
                              Michael C. McGrail
                              Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)