# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5338**  **September Term, 2025**

**1:25-cv-02369-SLS**

**Filed On:** February 17, 2026

Aye Aye Thein, et al.,

    Appellees

    v.

Donald J. Trump, in his official capacity as the President of the United States and Marco Rubio, in his official capacity as U.S. Secretary of State,

    Appellants

------------------------------

Consolidated wth 25-5357

    **BEFORE:**    Pillard and Katsas, Circuit Judges; Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of the motion for vacatur and dismissal under <u>United States v. Munsingwear</u>, 340 U.S. 36 (1950), the opposition thereto, and the reply, it is

**ORDERED** that these consolidated appeals be dismissed as moot. These appeals are hereby removed from the February 19, 2026, oral argument calendar. It is

**FURTHER ORDERED** that the request for vacatur be denied.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate until seven days after resolution of any timely petition for rehearing or rehearing en banc. See Fed. R. App. P. 41(b); D.C Cir. 41.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk